UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

QUINCY LEE CLARK,

          Petitioner,

    v.

CYNTHIA ROJAS,

          Respondent.

Case No.  2:26-cv-1553-JDP (P)

ORDER

Petitioner brought this section 2254 action for federal habeas relief on April 13, 2026. ECF No. 1.  He has failed, however, to submit either the filing fee or a properly completed application to proceed *in forma pauperis*.  This action cannot proceed until the matter of the filing fee is settled.

1

Accordingly, it is ORDERED that:

1.   Within twenty-one days, petitioner must submit either the five-dollar filing fee or a completed application to proceed *in forma pauperis*.

2.   The Clerk of Court shall send petitioner an *in forma pauperis* form with this order.

IT IS SO ORDERED.

Dated:    May 4, 2026

_____
JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE

2