UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| QUINCY LEE CLARK,<br>Petitioner,<br>v.<br>CYNTHIA ROJAS,<br>Respondent. | Case No. 2:26-cv-1553-DC-JDP (P)<br><br>ORDER |

I ordered petitioner to file an amended petition, and recommended that his motion to stay be denied. ECF No. 7. Petitioner has sought a ninety-day extension to respond to my order and findings and recommendations. ECF No. 8. The motion is granted in part. A ninety-day extension appears excessive and, thus, I will grant petitioner an additional forty-five days to respond. If, after that deadline expires, he still requires additional time, he may file another motion for extension of time explaining why another extension is necessary.

It is ORDERED that petitioner's motion for extension of time, ECF No. 8, is GRANTED IN PART, and his response to my order and findings and recommendations is due forty-five days from the date of this order's entry.

IT IS SO ORDERED.

Dated: October 7, 2026

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE